UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GULF STATES MARINE TECHNICAL BUREAU, INC. | * CIVIL ACTION <br> * <br> * NO. |
| VERSUS | * <br> * SECTION " " |
| ODYSEA CARRIERS S.A. | * <br> * MAGISTRATE JUDGE " " <br> * |

## ORIGINAL VERIFIED COMPLAINT

Plaintiff, Gulf States Marine Technical Bureau, Inc. ("Gulf States Marine"), by and through its attorneys, Chaffe McCall, L.L.P., respectfully submits its Original Verified Complaint against Defendant, Odysea Carriers S.A. ("Odysea Carriers"), and would show as follows:

1.

Jurisdiction is proper pursuant to 28 U.S.C. § 1333, Rule 9(h) and Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

2.

Venue is proper in this Court because property belonging to the Defendant is presently located within this District in the hands of Defendants' local agent, Biehl & Co., L.P.

2035933-1

3.

Plaintiff Gulf States Marine is a Louisiana corporation with a principal place of business at 2249 Piedmont Street, Kenner, Louisiana.

4.

Defendant Odysea Carriers is a corporation organized and existing under the laws of a foreign country.

5.

Beginning on or about January 19, 2012, and continuing through July 30, 2012, Gulf States Marine provided goods and services including pipe fitting services and general vessel repairs to the M/V AMFIALOS, a vessel owned and operated by Odysea Carriers, in or around the Port of New Orleans. The repair services were provided to the AMFIALOS and Odysea Carriers at the request of Odysea Carriers and/or its duly authorized agents.

6.

Following each provision of repair services Gulf States Marine issued an invoice to Odysea Carriers itemizing the services provided and the amount due to Gulf States Marine for those services. In sum, the amount Odysea Carriers was obligated to pay Gulf States Marine for services provided from January 19, 2012, through July 30, 2012, totaled $57,148.00. *See* Statement of Invoices dated April 4, 2013, attached as Exhibit A.

7.

Despite the passage of more than eight (8) months since the last provision of services by Gulf States Marine to Odysea Carriers and further despite amicable demands by Gulf States

Marine, Odysea Carriers has failed and/or refused to pay the full balance due to Gulf States Marine. Rather, Odysea Carriers payments total only $50,041.40, leaving an outstanding balance owed to Gulf States Marine of $7,106.60. *See* Statement of Account dated April 4, 2013, attached as Exhibit B.

8.

Gulf States Marine's periodic provision of services to Odysea Carriers on credit established an open account within the meaning of La. R.S. § 9:2781, such that Gulf States Marine is entitled to recover from Odysea Carriers not only the balance due on its account but also attorney's fees, costs, and interest.

## **RULE B ALLEGATIONS**

9.

By this reference, Gulf States Marine incorporates all previous allegations as Rule B Allegations as if set forth here *in extenso*.

10.

On the basis of the foregoing allegations, Odysea Carriers is indebted to Gulf States Marine in the amount of FOURTEEN THOUSAND FIVE HUNDRED SIX DOLLARS AND 60/100 ($14,506.60), inclusive of principal, interest, attorney's fees and costs incurred to date.

11.

Upon information and belief, Odysea Carriers cannot be found within the district or within the jurisdiction of this Court within the meaning of Rule B of the Supplemental Rules of Certain Admiralty and Maritime Claims. However, Odysea Carriers owns and/or possesses an attachable

interest in property presently within the jurisdiction of the Court, namely funds or other property within the possession of the Defendants' local agent, Biehl & Co., L.P. This property may be attached pursuant to Supplemental Rule B of the Federal Rules of Civil Procedure and sold to satisfy Gulf State Marine's claim herein.

WHEREFORE, Plaintiff Gulf States Marine prays:

1. That this Verified Complaint be deemed good and sufficient;

2. That process in due forum of law according to the practice of this Court in cases of admiralty jurisdiction issue against Odysea Carriers citing them to appear and answer under oath all and singular the matters alleged in this Original Verified Complaint, failing which default judgment be entered against Odysea Carriers in the amount of $14,506.60, plus such additional interest, costs and attorney's fees as shall be incurred in the further prosecution of this matter;

3. That because the Defendants cannot be found within this District and have no agent(s) for service of process in this District, the Court issue an Order directing the Clerk of Court to issue Process of Maritime Attachment and Garnishment pursuant to Rule B of the Supplemental Rules for Admiralty and Maritime Claims and also pursuant to the United States Arbitration Act, 9 U.S.C. §§ 1 and 8, attaching all property within the possession of the Defendants' local agent, Biehl & Co., L.P., and all other goods, chattels, credits, letters of credit, bills of lading, effects, debts and monies, tangible or intangible, or any other belonging to, due or being transferred to, from, or for the benefit of Odysea Carriers and that all persons claiming any interest in the same be cited to appear and pursuant to Supplemental Admiralty Rule B answer the matters alleged in the Complaint;

4. That the Plaintiff have such other, further relief, as the Court deems just, proper and equitable.

          Respectfully submitted,

          */s/ Daniel A. Tadros*
          Daniel A. Tadros, T.A. #21906
          Alan R. Davis, #31694
          CHAFFE McCALL L.L.P.
          2300 Energy Centre, 1100 Poydras Street
          New Orleans, LA 70163-2300
          Telephone: (504) 585-7000
          Facsimile: (504) 585-7075
          **Attorneys for Gulf States Marine Technical Bureau, Inc.**